# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
11/26/2018
CT Log Number 534467641

TO:     Serviceof Process
        CVS Health Companies
        1 Cvs Dr Mail Code 1160
        Woonsocket, RI 02895-6146

RE:     **Process Served in Arizona**

FOR:    CVS Pharmacy, Inc.  (Domestic State: RI)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Drake Louks, individually and for all wrongful-death beneficiaries of Albert G. Baca, Pltfs. vs. CVS Health Corporation, et al., Dfts. // To: CVS Pharmacy, Inc. |
| **DOCUMENT(S) SERVED:** | SUMMONS, FIRST AMENDED COMPLAINT, CERTIFICATE(S) |
| **COURT/AGENCY:** | Coconino County - Superior Court, AZ<br>Case # S0300CV201800471 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/26/2018 at 15:53 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Calendar days from the date of service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Tom ShorallJr.<br>Shorall McGoldrick Brinkmann<br>1232 east missouri avenue<br>Phoenix, AZ 85014<br>602-230-5400 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/27/2018, Expected Purge Date: 12/02/2018<br><br>Image SOP<br><br>Email Notification, Serviceof Process  Service_of_Process@cvs.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3800 N Central Ave Ste 460<br>Phoenix, AZ 85012-1995<br>602-248-1145 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Person/Attorney Filing: Tom J Shorall
Mailing Address: 1232 East Missouri Avenue
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602) 230-5412
E-Mail Address: tomshorall@smbattorneys.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010456, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF COCONINO

Drake Louks
Plaintiff(s),                                         Case No.   S0300CV201800471
v.
CVS Health Corporation, et al.                       **SUMMONS**
Defendant(s).

To: CVS Pharmacy, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Clerk of the Superior Court, 200 N. San Francisco
St., Flagstaff, Arizona 86001 or electronically file your Answer through one of Arizona's
approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents
in this case.

3. If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If this Summons and the other court papers
were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCONINO

SIGNED AND SEALED this date:*September 10, 2018*

*Valerie Wyant*
Clerk of Superior Court

By:*SCALANDRA*
Deputy Clerk



2

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
10/02/2018 2:57PM
BY: LECLARK
DEPUTY

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014-2912
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #010456
Scott Zerlaut, #014714
Michael Morgan, #024164
tomshorall@smbattorneys.com
scottzerlaut@smbattorneys.com
michaelmorgan@smbattorneys.com
smb@smbattorneys.com
Attorneys for Plaintiffs

Cluff Law
3850 E. Baseline Rd., Suite 126
Mesa, AZ 85206
480.325.1198
480.559.8622 (fax)

David Cluff, #005644
Brigham Cluff, #021028
dhc@clufflaw.com
bac@clufflaw.com
Attorneys for Plaintiffs

## Superior Court of Arizona

### Coconino County

| | |
|---|---|
| Drake Louks, individually and for all wrongful-death beneficiaries of Albert G. Baca, | S-0300-CV-201800471 |
| Plaintiffs | **First Amended Complaint** |
| v. | Wrongful Death/Medical Malpractice |
| CVS Health Corporation; CVS Pharmacy, Inc.; ABC Businesses I-V, | |
| Defendants. | |

Plaintiff Drake Louks alleges the following:

1

1.      Drake is the natural son of Albert G. Baca ("Albert").

2.      Albert was killed in a single-vehicle crash in Coconino County on September 22, 2016.

3.      Drake files this action on behalf of himself and all of Albert's wrongful-death beneficiaries in accordance with A.R.S. § 12-612(A).

4.      Venue and jurisdiction are appropriate in this Court.

5.      This case is a "Tier-3" case because it is a medical and pharmacy malpractice case requiring expert medical testimony about the standard of care and causation.

6.      In addition to Drake, Albert's wrongful-death beneficiaries are his natural father Albert Baca, his natural mother Vera Baca, and his natural daughter Jillian Baca.

7.      Defendant CVS Health Corporation is a foreign corporation doing business in Coconino County.

8.      Defendant CVS Pharmacy, Inc., is a foreign corporation doing business in Coconino County.

9.      Defendants CVS Health Corporation or CVS Pharmacy, Inc. owns or operates a CVS Pharmacy store at 3506 E. Route 66, Flagstaff, Arizona (the "pharmacy").

10.     Alternatively, the pharmacy is owned or operated by one or more of the ABC Businesses I-V Entities.  Drake presently has been unable to identify the true name of these defendants.

11.     Defendants CVS Health Corporation, CVS Pharmacy, Inc., and ABC Businesses are all licensed pharmacies and health-care providers or are parent corporations or employers of licensed pharmacies, pharmacists, or health-care providers.

12.     Defendants are all jointly or vicariously liable for the negligence of the others and of their employees, servants, and agents.

13.     Albert's death was proximately caused by the toxic interaction of medications that Defendants dispensed to him, including methamphetamine, alprazolam, oxycodone, Zolpidem, and dextroamp-amphetamine.

14.     Defendants owed Albert a duty to exercise that degree of skill, care, and learning that any reasonable and prudent pharmacist or pharmacy would exercise in Arizona.

15.     Defendants breached that duty by negligently dispensing the foregoing medications to Albert without due consideration to their compatibility, interactions, and appropriateness for Albert.

16.     Defendants' breach of that duty proximately caused Albert's death and the wrongful-death beneficiaries' respective damages, including their respective losses of pecuniary and non-pecuniary support and consortium, mental distress, anguish, and suffering.

### Prayer

Plaintiff Drake Louks requests judgment awarding all of Albert Baca's wrongful-death beneficiaries' damages in amounts to be proved at trial and awarding his taxable costs incurred prosecuting this case.

Dated October 2, 2018.

3

Shorall McGoldrick Brinkmann

/s/Tom Shorall
    Tom Shorall Jr.
    Scott Zerlaut
    Michael Morgan
    Attorneys for Plaintiffs

The foregoing was filed with the court electronically
via AZ Turbo Court on October 2, 2018

By: /s/ Chrissy Verdino

4

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
09/10/2018 1:07PM
BY: SCALANDRA
DEPUTY

Case No.: S0300CV201800471
HON. HONORABLE MARK MORAN

Person/Attorney Filing: Tom J Shorall
Mailing Address: 1232 East Missouri Avenue
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602) 230-5412
E-Mail Address: tomshorall@smbattorneys.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010456, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCONINO

Drake Louks
Plaintiff(s),

v.

CVS Health Corporation, et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Coconino County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Tom J Shorall /s/
Plaintiff/Attorney for Plaintiff

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
09/10/2018 1:07PM
BY: SCALANDRA
DEPUTY

Case No.: S0300CV201800471
HON. HONORABLE MARK MORAN

1   Shorall McGoldrick Brinkmann
    1232 east missouri avenue
2   phoenix, az 85014-2912
    602.230.5400
3   602.230.5432 (fax)

4   Tom Shorall Jr., #010456
    Scott Zerlaut, #014714
5   Michael Morgan, #024164
    tomshorall@smbattorneys.com
6   scottzerlaut@smbattorneys.com
    michaelmorgan@smbattorneys.com
7   smb@smbattorneys.com
    Attorneys for Plaintiffs

8   Cluff Law
    3850 E. Baseline Rd., Suite 126
9   Mesa, AZ 85206
    480.325.1198
10  480.559.8622 (fax)

11  David Cluff, #005644
    Brigham Cluff, #021028
12  dhc@clufflaw.com
    bac@clufflaw.com
13  Attorneys for Plaintiffs

14              Superior Court of Arizona

15                 Coconino County

16  | Drake Louks, individually and for all | CV _____ |
17  | wrongful-death beneficiaries of Albert G. | |
    | Baca, | A.R.S. § 12-2603 Certificate |
18  | | |
19  |            Plaintiffs | |
20  |      v. | |
21  | CVS Health Corporation; CVS Pharmacy, | |
    | Inc.; ABC Businesses I-V, | |
22  | | |
23  |            Defendants. | |
24

25          Plaintiff Drake Louks certifies, in accordance with A.R.S. § 12-2603 (A), that expert

26  opinion testimony will be required to establish Defendants' liability.

                                    1

Dated September 10, 2018.

Shorall McGoldrick Brinkmann

/s/ Tom Shorall
Tom Shorall Jr.
Scott Zerlaut
Michael Morgan
Attorneys for Plaintiffs

The foregoing was filed via AZ TurboCourt
this 10th day of September, 2018.

By /s/ Chrissy Verdino

2

# EXHIBIT B

1 | Jeffrey S. Hunter, #024426
RENAUD COOK DRURY MESAROS, PA
2 | One North Central, Suite 900
Phoenix, Arizona 85004-4417
3 | Telephone: (602) 307-9900
Facsimile: (602) 307-5853
4 |
E-mail:   docket@rcdmlaw.com
5 |             jhunter@rcdmlaw.com
6 | *Attorneys for CVS Pharmacy, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DRAKE LOUKS, individually and for all wrongful death beneficiaries of ALBERT G. BACA, | Case No. _____ |
| Plaintiff, | **DECLARATION OF THOMAS S. MOFFATT IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |
| v. | *(Arizona Superior Court, County of Coconino, Case No. S0300CV201800471)* |
| CVS HEALTH CORPORATION; CVS PHARMACY, INC.; ABC BUSINESSES I-V, | |
| Defendants. | |

I, Thomas S. Moffatt, hereby declare as follows:

1.      I am currently the Vice President, Secretary and Assistant General Counsel – Corporate Services for Defendant, CVS Pharmacy, Inc. I am also a Director on the Board of Directors of Defendant CVS Pharmacy, Inc., as indicated in documents filed with the Arizona Corporation Commission on behalf of CVS Pharmacy, Inc. I make this Declaration in support of Defendant's Notice of Removal of Action pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446. All of the information set forth herein is based on my personal knowledge, or information and belief based on where stated, and if called and sworn as a witness, I could and would competently testify thereto.

2.      CVS Pharmacy, Inc. is a corporation incorporated under the laws of the

LAW OFFICES
RENAUD COOK
RURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
LEPHONE (602) 307-9900
ACSIMILE (602) 307-5853

1  State of Rhode Island with its principal place of business, headquarters, and center of

2  direction, control, and coordination in Woonsocket, Rhode Island. Attached hereto as

3  **Exhibit C** is a true and correct copy of the Arizona Corporation Commission's Entity

4  Information for CVS Pharmacy, Inc. verifying the above.

5      3.      Arizona CVS Stores, L.L.C. is a limited liability company organized under

6  the laws of the State of Arizona. Arizona CVS Stores, L.L.C. has a sole member, CVS

7  RS Arizona, L.L.C. Attached hereto as **Exhibit D** is a true and correct copy of the

8  Arizona Corporation Commission's Entity Information for Arizona CVS Stores, L.L.C.

9  verifying the above.

10     4.      CVS RS Arizona, L.L.C. is an a limited liability company organized under

11  the laws of the State of Arizona with its principal place of business, headquarters, and

12  center of direction, control, and coordination in the State of Rhode Island. CVS RS

13  Arizona, L.L.C. has a sole member, CVS Pharmacy, Inc., a Rhode Island corporation.

14  Attached hereto as **Exhibit E** is a true and correct copy of the Arizona Corporation

15  Commission's Entity Information for CVS RS Arizona, L.L.C. verifying the above.

16     I declare under penalty of perjury, under the laws of the United States of America

17  and the State of Arizona, that the foregoing is true and correct, and that this declaration is

18  being executed on the 14th day of December, 2018, in the City and State of Woonsocket,

19

20  Rhode Island.

21

22

23                                        _____

24                                        Thomas S. Moffatt, Declarant

25

26

27

LAW OFFICES
RENAUD COOK
RURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

28     (Page 2, S0300CV201800471)                    3076-0055                    Notice of Removal
       FEDERAL COURT - Exhibit B - Dec of Moffatt.docx

# EXHIBIT C

12/11/2018                                   Arizona Corporations Commission

# Entity Information

Search Date and Time:
12/11/2018 12:52:49 PM

Entity Details

| | |
|---|---|
| Entity Name: | CVS PHARMACY, INC. |
| Entity ID: | F10106595 |
| Entity Type: | Foreign For-Profit (Business) Corporation |
| Entity Status: | Active |
| Formation Date: | 12/4/2001 |
| Reason for Status: | In Good Standing |
| Approval Date: | 12/4/2001 |
| Status Date: | |
| Original Incorporation Date: | 12/4/2001 |
| Life Period: | Perpetual |
| Business Type: | RETAIL SALES |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/11/2018

Arizona Corporations Commission

Last Annual Report Filed:

2018

Domicile State:

RI

Annual Report Due Date:

12/4/2019

Years Due:

Original Publish Date:

12/24/2001

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

11/20/2018

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/11/2018                                                Arizona Corporations Commission

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Director | THOMAS S MOFFATT | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 10/1/2011 | 11/16/2017 |
| Director | CAROL A DENALE | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2003 | 11/16/2017 |
| Officer | JEFFREY E CLARK | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2015 | 11/16/2017 |
| Officer | MELANIE K LUKER | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2003 | 11/16/2017 |
| President | CAROL A DENALE | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, Providence County, USA | 2/12/2018 | 11/20/2018 |

< Previous   …   1 2   …   Next >   Page 1 of 2, records 1 to 5 of 7              Go to Page

## Entity Known Place of Business

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated: 12/18/2014

## Entity Principal Office Address

Attention:

Address: ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA

County: Providence

Last Updated: 11/20/2018

Back      Return to Search      Return to Results

Document History      Name/Restructuring History      Pending Documents      Microfilm History

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/11/2018                                    Arizona Corporations Commission

# EXHIBIT D

12/13/2018                                                    Arizona Corporations Commission

# Entity Information

Search Date and Time:
12/13/2018 11:48:38 AM

Entity Details

| | |
|---|---|
| Entity Name: | ARIZONA CVS STORES, L.L.C. |
| Entity ID: | L11966420 |
| Entity Type: | Domestic LLC |
| Entity Status: | Active |
| Formation Date: | 4/21/2005 |
| Reason for Status: | In Good Standing |
| Approval Date: | 4/21/2005 |
| Status Date: | |
| Original Incorporation Date: | 4/21/2005 |
| Life Period: | Perpetual |
| Business Type: | |
| Last Annual Report Filed: | |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

https://ecorp.azcc.gov/BusinessSearch/BusinessInfo?entityNumber=L11966420                    1/3

12/13/2018                              Arizona Corporations Commission

Domicile State:

AZ

Annual Report Due Date:

Years Due:

Original Publish Date:

6/13/2005

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

6/23/2015

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Member | CVS RS ARIZONA LLC | | ONE CVS DR, WOONSOCKET, RI, 02895, USA | 4/21/2005 | 5/24/2005 |

Page 1 of 1, records 1 to 1 of 1

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
Entity Known Place of Business (http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/13/2018                                    Arizona Corporations Commission

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated:


Entity Principal Office Address

Attention:

Address:

County:

Last Updated:


| Back | Return to Search | Return to Results |

Document History        Name/Restructuring History        Pending Documents        Microfilm History

# EXHIBIT E

12/13/2018                           Arizona Corporations Commission

# Entity Information

Search Date and Time:
12/13/2018 4:59:28 PM

Entity Details

|  | Entity Name: |
| --- | --- |
| CVS RS ARIZONA, L.L.C. | |
|  | Entity ID: |
| L11966330 | |
|  | Entity Type: |
| Domestic LLC | |
|  | Entity Status: |
| Active | |
|  | Formation Date: |
| 4/21/2005 | |
|  | Reason for Status: |
| In Good Standing | |
|  | Approval Date: |
| 4/21/2005 | |
|  | Status Date: |
|  | Original Incorporation Date: |
| 4/21/2005 | |
|  | Life Period: |
| Perpetual | |
|  | Business Type: |
|  | Last Annual Report Filed: |

Domicile State:

AZ

Annual Report Due Date:

Years Due:

Original Publish Date:

6/13/2005

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

6/23/2015

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|
| Member | CVS PHARMACY INC | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 12/30/2011 | 2/14/2012 |

Page 1 of 1, records 1 to 1 of 1

Arizona Corporations Commission

Entity Known Place of Business

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated:


Entity Principal Office Address

Attention:

Address:

County:

Last Updated:


| Back | Return to Search | Return to Results |

Document History        Name/Restructuring History        Pending Documents        Microfilm History

# EXHIBIT C

# Entity Information

Search Date and Time:
12/11/2018 12:52:49 PM

Entity Details

Entity Name:

CVS PHARMACY, INC.

Entity ID:

F10106595

Entity Type:

Foreign For-Profit (Business) Corporation

Entity Status:

Active

Formation Date:

12/4/2001

Reason for Status:

In Good Standing

Approval Date:

12/4/2001

Status Date:

Original Incorporation Date:

12/4/2001

Life Period:

Perpetual

Business Type:

RETAIL SALES

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/11/2018

Arizona Corporations Commission

**Last Annual Report Filed:**

2018

**Domicile State:**

RI

**Annual Report Due Date:**

12/4/2019

**Years Due:**

**Original Publish Date:**

12/24/2001

Statutory Agent Information

**Name:**

C T CORPORATION SYSTEM

**Appointed Status:**

Active

**Attention:**

**Address:**

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

**Agent Last Updated:**

11/20/2018

**E-mail:**

**Attention:**

**Mailing Address:**

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

**County:**

Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/11/2018                          Arizona Corporations Commission

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Director | THOMAS S MOFFATT | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 10/1/2011 | 11/16/2017 |
| Director | CAROL A DENALE | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2003 | 11/16/2017 |
| Officer | JEFFREY E CLARK | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2015 | 11/16/2017 |
| Officer | MELANIE K LUKER | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2003 | 11/16/2017 |
| President | CAROL A DENALE | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, Providence County, USA | 2/12/2018 | 11/20/2018 |

< Previous  ...  1 2  ...  Next >  Page 1 of 2, records 1 to 5 of 7  [     ]  Go to Page

## Entity Known Place of Business

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated: 12/18/2014

## Entity Principal Office Address

Attention:

Address: ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA

County: Providence

Last Updated: 11/20/2018

Back    Return to Search    Return to Results

Document History    Name/Restructuring History    Pending Documents    Microfilm History

Arizona Corporations Commission

# EXHIBIT D

# Entity Information

Search Date and Time:
12/13/2018 11:48:38 AM

Entity Details

Entity Name:

ARIZONA CVS STORES, L.L.C.

Entity ID:

L11966420

Entity Type:

Domestic LLC

Entity Status:

Active

Formation Date:

4/21/2005

Reason for Status:

In Good Standing

Approval Date:

4/21/2005

Status Date:

Original Incorporation Date:

4/21/2005

Life Period:

Perpetual

Business Type:

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Last Annual Report Filed:

12/13/2018                                Arizona Corporations Commission

Domicile State:

AZ

Annual Report Due Date:

Years Due:

Original Publish Date:

6/13/2005

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

6/23/2015

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|
| Member | CVS RS ARIZONA LLC | | ONE CVS DR, WOONSOCKET, RI, 02895, USA | 4/21/2005 | 5/24/2005 |

Page 1 of 1, records 1 to 1 of 1

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
Entity Known Place of Business (http://www.azcc.gov/divisions/corporations/contact-us.asp)

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated:

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

| Back | Return to Search | Return to Results |

Document History     Name/Restructuring History     Pending Documents     Microfilm History

# EXHIBIT E

12/13/2018                                    Arizona Corporations Commission

# Entity Information

**Search Date and Time:**
12/13/2018 4:59:28 PM

Entity Details

Entity Name:

CVS RS ARIZONA, L.L.C.

Entity ID:

L11966330

Entity Type:

Domestic LLC

Entity Status:

Active

Formation Date:

4/21/2005

Reason for Status:

In Good Standing

Approval Date:

4/21/2005

Status Date:

Original Incorporation Date:

4/21/2005

Life Period:

Perpetual

Business Type:

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) ⏐ Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)   Last Annual Report Filed:

12/13/2018                                 Arizona Corporations Commission

Domicile State:

AZ

Annual Report Due Date:

Years Due:

Original Publish Date:

6/13/2005

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

6/23/2015

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | CVS PHARMACY INC | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 12/30/2011 | 2/14/2012 |

Page 1 of 1, records 1 to 1 of 1

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/13/2018                                   Arizona Corporations Commission

Entity Known Place of Business

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated:


Entity Principal Office Address

Attention:

Address:

County:

Last Updated:


| Back | Return to Search | Return to Results |

Document History        Name/Restructuring History        Pending Documents        Microfilm History

# EXHIBIT F

1    Jeffrey S. Hunter, #024426
     RENAUD COOK DRURY MESAROS, PA
2    One North Central, Suite 900
     Phoenix, Arizona 85004-4417
3    Telephone: (602) 307-9900
     Facsimile: (602) 307-5853
4

5    E-mail:   docket@rcdmlaw.com
            jhunter@rcdmlaw.com

6    *Attorneys for CVS Health Corporation*
7    *and CVS Pharmacy, Inc.*

8                   **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF ARIZONA**

| | |
|---|---|
| 10   DRAKE LOUKS, individually and for all wrongful death beneficiaries of ALBERT G. BACA, | Case No. _____ |
| 11 | **DECLARATION OF ATTORNEY JEFFREY S. HUNTER IN SUPPORT OF DEFENDANTS CVS HEALTH CORPORATION AND CVS PHARMACY, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION** |
| 12            Plaintiff, | |
| 13   v. | |
| 14   CVS HEALTH CORPORATION; CVS PHARMACY, INC.; ABC BUSINESSES I-V, | *(Arizona Superior Court, County of Coconino, Case No. S0300CV201800471)* |
| 16            Defendants. | |

17

18       I, JEFFREY S. HUNTER, declare as follows pursuant to 28 U.S.C. § 1746:

19         1.    I am an active member in good standing of the State Bar of Arizona and an

20 attorney at Renaud Cook Drury Mesaros, PA. I represent Defendants CVS Health

21 Corporation, which was erroneously sued and served instead of the correct entity,

22 Arizona CVS Stores, L.L.C., and CVS Pharmacy, Inc. (hereinafter, "Defendants") in the

23 above captioned matter. I have firsthand knowledge of the matters set forth herein. The

24 statements made in this declaration are based upon my own personal knowledge and, if

25 sworn as a witness, I could testify competently to them.

26         2.    On October 2, 2018, Plaintiff Drake Louks (hereinafter, "Plaintiff") filed

27 his operative First Amended Complaint entitled Drake Louks, individually and for all

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

wrongful death beneficiaries of Albert G. Baca v. CVS Health Corporation; CVS Pharmacy, Inc.; ABC Businesses I-V, Case No. S0300CV201800471, in the Superior Court of the State of Arizona in and for the County of Coconino. A true and correct copy of the state court's most recent version of the docket, the Summons and the operative First Amended Complaint are attached hereto as **Exhibit A**. I hereby verify that that the documents contained in **Exhibit A** constitute true and complete copies of the same filed in the state court proceeding.

3.    I am informed and believe that Defendant CVS Pharmacy, Inc. is a corporation incorporated under the laws of the State of Rhode Island with its principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island. Attached hereto as **Exhibit C** is a true and correct copy of the Arizona Corporation Commission's Entity Information for CVS Pharmacy, Inc. verifying the above.

4.    I am informed and believe that Arizona CVS Stores, L.L.C., which was erroneously sued and served as Defendant CVS Health Corporation in this above captioned matter, is a limited liability company organized under the laws of the State of Arizona. Arizona CVS Stores, L.L.C. has a sole member, CVS RS Arizona, L.L.C. Attached hereto as **Exhibit D** is a true and correct copy of the Arizona Corporation Commission's Entity Information for Arizona CVS Stores, L.L.C. verifying the above.

5.    I am informed and believe that CVS RS Arizona, L.L.C. is an a limited liability company organized under the laws of the State of Arizona with its principal place of business, headquarters, and center of direction, control, and coordination in the State of Rhode Island. CVS RS Arizona, L.L.C. has a sole member, CVS Pharmacy, Inc., a Rhode Island corporation. Attached hereto as **Exhibit E** is a true and correct copy of the Arizona Corporation Commission's Entity Information for CVS RS Arizona, L.L.C. verifying the above.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

6.     Defendants will file a Notice of Removal attaching a copy of the Notice of Removal filed in the United States District Court, District of Arizona with the Clerk of the Superior Court of the State of Arizona in and for the County of Coconino, and will serve Plaintiff's counsel with a copy of the same.

I declare under penalty of perjury, under the laws of the United States of America and the State of Arizona, that the foregoing is true and correct, and that this declaration is being executed on the 17th day of December, 2018, in the City and State of Phoenix, Arizona.


Jeffrey S. Hunter

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, S0300CV201800471)                    3076-0055                    3787080_1.docx

# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
11/26/2018
CT Log Number 534467641

**TO:**      Serviceof Process
            CVS Health Companies
            1 Cvs Dr Mail Code 1160
            Woonsocket, RI 02895-6146

**RE:**      **Process Served in Arizona**

**FOR:**     CVS Pharmacy, Inc.  (Domestic State: RI)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Drake Louks, individually and for all wrongful-death beneficiaries of Albert G. Baca, Pltfs. vs. CVS Health Corporation, et al., Dfts. // To: CVS Pharmacy, Inc. |
| **DOCUMENT(S) SERVED:** | SUMMONS, FIRST AMENDED COMPLAINT, CERTIFICATE(S) |
| **COURT/AGENCY:** | Coconino County - Superior Court, AZ<br>Case # S0300CV201800471 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/26/2018 at 15:53 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Calendar days from the date of service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Tom ShorallJr.<br>Shorall McGoldrick Brinkmann<br>1232 east missouri avenue<br>Phoenix, AZ 85014<br>602-230-5400 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/27/2018, Expected Purge Date: 12/02/2018<br><br>Image SOP<br><br>Email Notification, Serviceof Process  Service_of_Process@cvs.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3800 N Central Ave Ste 460<br>Phoenix, AZ 85012-1995<br>602-248-1145 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Person/Attorney Filing: Tom J Shorall
Mailing Address: 1232 East Missouri Avenue
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602) 230-5412
E-Mail Address: tomshorall@smbattorneys.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010456, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF COCONINO

Drake Louks
Plaintiff(s),
v.                                          Case No.   S0300CV201800471
CVS Health Corporation, et al.
Defendant(s).                               **SUMMONS**

To: CVS Pharmacy, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 200 N. San Francisco
   St., Flagstaff, Arizona 86001 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set 57323408

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  COCONINO

SIGNED AND SEALED this date:*September 10, 2018*

*Valerie Wyant*
Clerk of Superior Court

By:*SCALANDRA*
Deputy Clerk



AZturboCourt.gov Form Set 8282948

2

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
10/02/2018 2:57PM
BY: LECLARK
DEPUTY

1
2
3

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014-2912
602.230.5400
602.230.5432 (fax)

4
5
6
7

Tom Shorall Jr., #010456
Scott Zerlaut, #014714
Michael Morgan, #024164
tomshorall@smbattorneys.com
scottzerlaut@smbattorneys.com
michaelmorgan@smbattorneys.com
smb@smbattorneys.com
Attorneys for Plaintiffs

8
9
10

Cluff Law
3850 E. Baseline Rd., Suite 126
Mesa, AZ 85206
480.325.1198
480.559.8622 (fax)

11
12
13

David Cluff, #005644
Brigham Cluff, #021028
dhc@clufflaw.com
bac@clufflaw.com
Attorneys for Plaintiffs

14

Superior Court of Arizona

15

Coconino County

16

17
18

Drake Louks, individually and for all wrongful-death beneficiaries of Albert G. Baca,

19
20

Plaintiffs

v.

21
22

CVS Health Corporation; CVS Pharmacy, Inc.; ABC Businesses I-V,

23

Defendants.

24
25

S-0300-CV-201800471

**First Amended Complaint**

Wrongful Death/Medical Malpractice

26

Plaintiff Drake Louks alleges the following:

1

1.      Drake is the natural son of Albert G. Baca ("Albert").

2.      Albert was killed in a single-vehicle crash in Coconino County on September 22, 2016.

3.      Drake files this action on behalf of himself and all of Albert's wrongful-death beneficiaries in accordance with A.R.S. § 12-612(A).

4.      Venue and jurisdiction are appropriate in this Court.

5.      This case is a "Tier-3" case because it is a medical and pharmacy malpractice case requiring expert medical testimony about the standard of care and causation.

6.      In addition to Drake, Albert's wrongful-death beneficiaries are his natural father Albert Baca, his natural mother Vera Baca, and his natural daughter Jillian Baca.

7.      Defendant CVS Health Corporation is a foreign corporation doing business in Coconino County.

8.      Defendant CVS Pharmacy, Inc., is a foreign corporation doing business in Coconino County.

9.      Defendants CVS Health Corporation or CVS Pharmacy, Inc. owns or operates a CVS Pharmacy store at 3506 E. Route 66, Flagstaff, Arizona (the "pharmacy").

10.     Alternatively, the pharmacy is owned or operated by one or more of the ABC Businesses I-V Entities.  Drake presently has been unable to identify the true name of these defendants.

11.      Defendants CVS Health Corporation, CVS Pharmacy, Inc., and ABC Businesses are all licensed pharmacies and health-care providers or are parent corporations or employers of licensed pharmacies, pharmacists, or health-care providers.

12.      Defendants are all jointly or vicariously liable for the negligence of the others and of their employees, servants, and agents.

13.      Albert's death was proximately caused by the toxic interaction of medications that Defendants dispensed to him, including methamphetamine, alprazolam, oxycodone, Zolpidem, and dextroamp-amphetamine.

14.      Defendants owed Albert a duty to exercise that degree of skill, care, and learning that any reasonable and prudent pharmacist or pharmacy would exercise in Arizona.

15.      Defendants breached that duty by negligently dispensing the foregoing medications to Albert without due consideration to their compatibility, interactions, and appropriateness for Albert.

16.      Defendants' breach of that duty proximately caused Albert's death and the wrongful-death beneficiaries' respective damages, including their respective losses of pecuniary and non-pecuniary support and consortium, mental distress, anguish, and suffering.

### Prayer

Plaintiff Drake Louks requests judgment awarding all of Albert Baca's wrongful-death beneficiaries' damages in amounts to be proved at trial and awarding his taxable costs incurred prosecuting this case.

Dated October 2, 2018.

3

Shorall McGoldrick Brinkmann

/s/Tom Shorall
    Tom Shorall Jr.
    Scott Zerlaut
    Michael Morgan
    Attorneys for Plaintiffs

The foregoing was filed with the court electronically
via AZ Turbo Court on October 2, 2018

By: /s/ Chrissy Verdino

4

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
09/10/2018 1:07PM
BY: SCALANDRA
DEPUTY

Case No.: S0300CV201800471
HON. HONORABLE MARK MORAN

Person/Attorney Filing: Tom J Shorall
Mailing Address: 1232 East Missouri Avenue
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (602) 230-5412
E-Mail Address: tomshorall@smbattorneys.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010456, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF COCONINO

Drake Louks
Plaintiff(s),

v.

CVS Health Corporation, et al.
Defendant(s).

Case No.

## CERTIFICATE OF
## COMPULSORY ARBITRATION

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Coconino County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Tom J Shorall /s/
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set 8782b459

FILED
Valerie Wyant
CLERK, SUPERIOR COURT
09/10/2018 1:07PM
BY: SCALANDRA
DEPUTY

Case No.: S0300CV201800471
HON. HONORABLE MARK MORAN

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014-2912
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #010456
Scott Zerlaut, #014714
Michael Morgan, #024164
tomshorall@smbattorneys.com
scottzerlaut@smbattorneys.com
michaelmorgan@smbattorneys.com
smb@smbattorneys.com
Attorneys for Plaintiffs

Cluff Law
3850 E. Baseline Rd., Suite 126
Mesa, AZ 85206
480.325.1198
480.559.8622 (fax)

David Cluff, #005644
Brigham Cluff, #021028
dhc@clufflaw.com
bac@clufflaw.com
Attorneys for Plaintiffs

## Superior Court of Arizona

### Coconino County

| | |
|---|---|
| Drake Louks, individually and for all wrongful-death beneficiaries of Albert G. Baca, | CV _____ |
| Plaintiffs | A.R.S. § 12-2603 Certificate |
| v. | |
| CVS Health Corporation; CVS Pharmacy, Inc.; ABC Businesses I-V, | |
| Defendants. | |

Plaintiff Drake Louks certifies, in accordance with A.R.S. § 12-2603 (A), that expert

opinion testimony will be required to establish Defendants' liability.

1

Dated September 10, 2018.

Shorall McGoldrick Brinkmann

/s/ Tom Shorall
       Tom Shorall Jr.
       Scott Zerlaut
       Michael Morgan
       Attorneys for Plaintiffs

The foregoing was filed via AZ TurboCourt
this 10th day of September, 2018.

By /s/ Chrissy Verdino

2

# EXHIBIT C

Arizona Corporations Commission

# Entity Information

Search Date and Time:
12/11/2018 12:52:49 PM

Entity Details

Entity Name:

CVS PHARMACY, INC.

Entity ID:

F10106595

Entity Type:

Foreign For-Profit (Business) Corporation

Entity Status:

Active

Formation Date:

12/4/2001

Reason for Status:

In Good Standing

Approval Date:

12/4/2001

Status Date:

Original Incorporation Date:

12/4/2001

Life Period:

Perpetual

Business Type:

RETAIL SALES

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

Arizona Corporations Commission

Last Annual Report Filed:

2018

Domicile State:

RI

Annual Report Due Date:

12/4/2019

Years Due:

Original Publish Date:

12/24/2001

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

11/20/2018

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/11/2018                                          Arizona Corporations Commission

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Director | THOMAS S MOFFATT | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 10/1/2011 | 11/16/2017 |
| Director | CAROL A DENALE | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2003 | 11/16/2017 |
| Officer | JEFFREY E CLARK | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2015 | 11/16/2017 |
| Officer | MELANIE K LUKER | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 7/1/2003 | 11/16/2017 |
| President | CAROL A DENALE | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, Providence County, USA | 2/12/2018 | 11/20/2018 |

< Previous  ...  1 [2] ...  Next >   Page 1 of 2, records 1 to 5 of 7    [ Go to Page ]

## Entity Known Place of Business

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated: 12/18/2014

## Entity Principal Office Address

Attention:

Address: ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA

County: Providence

Last Updated: 11/20/2018

[ Back ]   [ Return to Search ]   [ Return to Results ]

Document History     Name/Restructuring History     Pending Documents     Microfilm History

12/11/2018                                    Arizona Corporations Commission

# EXHIBIT D

12/13/2018                                Arizona Corporations Commission

# Entity Information

Search Date and Time:
12/13/2018 11:48:38 AM

Entity Details

| | |
|---|---|
| Entity Name: | ARIZONA CVS STORES, L.L.C. |
| Entity ID: | L11966420 |
| Entity Type: | Domestic LLC |
| Entity Status: | Active |
| Formation Date: | 4/21/2005 |
| Reason for Status: | In Good Standing |
| Approval Date: | 4/21/2005 |
| Status Date: | |
| Original Incorporation Date: | 4/21/2005 |
| Life Period: | Perpetual |
| Business Type: | |
| Last Annual Report Filed: | |

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

https://ecorp.azcc.gov/BusinessSearch/BusinessInfo?entityNumber=L11966420                    1/3

12/13/2018                              Arizona Corporations Commission

Domicile State:

AZ

Annual Report Due Date:

Years Due:

Original Publish Date:

6/13/2005

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

6/23/2015

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|----------------------|--------------|
| Member | CVS RS ARIZONA LLC | | ONE CVS DR, WOONSOCKET, RI, 02895, USA | 4/21/2005 | 5/24/2005 |

Page 1 of 1, records 1 to 1 of 1

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) I Contact Us
Entity Known Place of Business(http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/13/2018                                    Arizona Corporations Commission

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated:

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

| Back | Return to Search | Return to Results |

Document History        Name/Restructuring History        Pending Documents        Microfilm History

# EXHIBIT E

12/13/2018                                    Arizona Corporations Commission

# Entity Information

Search Date and Time:
12/13/2018 4:59:28 PM

Entity Details

| | Entity Name: |
|---|---|
| CVS RS ARIZONA, L.L.C. | |
| | Entity ID: |
| L11966330 | |
| | Entity Type: |
| Domestic LLC | |
| | Entity Status: |
| Active | |
| | Formation Date: |
| 4/21/2005 | |
| | Reason for Status: |
| In Good Standing | |
| | Approval Date: |
| 4/21/2005 | |
| | Status Date: |
| | Original Incorporation Date: |
| 4/21/2005 | |
| | Life Period: |
| Perpetual | |
| | Business Type: |
| | Last Annual Report Filed: |

12/13/2018                                    Arizona Corporations Commission

Domicile State:

AZ

Annual Report Due Date:

Years Due:

Original Publish Date:

6/13/2005

Statutory Agent Information

Name:

C T CORPORATION SYSTEM

Appointed Status:

Active

Attention:

Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

Agent Last Updated:

6/23/2015

E-mail:

Attention:

Mailing Address:

3800 N CENTRAL AVE SUITE 460 , PHOENIX, AZ 85012, USA

County:

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|
| Member | CVS PHARMACY INC | | ONE CVS DRIVE, WOONSOCKET, RI, 02895, USA | 12/30/2011 | 2/14/2012 |

Page 1 of 1, records 1 to 1 of 1

Privacy Policy (http://www.azcc.gov/Divisions/Administration/Privacy.asp) | Contact Us
(http://www.azcc.gov/divisions/corporations/contact-us.asp)

12/13/2018                               Arizona Corporations Commission

Entity Known Place of Business

Attention:

Address: CT CORPORATION SYSTEM 3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ, 85012, USA

County: Maricopa

Last Updated:

Entity Principal Office Address

Attention:

Address:

County:

Last Updated:

| Back | Return to Search | Return to Results |
| --- | --- | --- |

Document History      Name/Restructuring History      Pending Documents      Microfilm History

EXHIBIT G

# EXHIBIT H